UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHIRE LLC, et al.,

        Plaintiffs,

  - against -

MYLAN PHARMACEUTICALS, INC., *et al.*,

        Defendants.
------------------------------------------------------------X

**TRANSFER ORDER**
11-CV-3414 (RRM)(VVP)

ROSLYNN R. MAUSKOPF, United States District Judge.

    The Court held a conference in this matter on May 23, 2012, to address plaintiffs' letter request to transfer this action under 28 U.S.C. § 1404(a) to the District of New Jersey, where a series of related actions, including *Shire LLC et al. v. Mylan Pharmaceuticals, Inc., et al.*, 12-CV-638 (D.N.J.), are currently pending before the Honorable Stanley R. Chesler. At the conference, the parties agreed that the Court could address plaintiff's transfer request on the letters presently before this Court, and on the parties' filings in the related New Jersey action against defendant Mylan, in which Mylan seeks a transfer of that action to this Court.

    For the reasons stated on the record at the conference, this action is hereby TRANSFERRED to the District of New Jersey pursuant to 28 U.S.C. § 1404(a). The Clerk of Court is directed to transfer this action, and to close the file in this Court.

SO ORDERED.

Dated: Brooklyn, New York
       May 23, 2012

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge